## MILLER v. COMMISSIONER OF INTER-NAL REVENUE.

No. 10092.

Circuit Court of Appeals, Sixth Circuit.

Feb. 25, 1946.

Miller & Hornbeck, of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., of Washington, D. C., for respondent.

Before SIMONS, ALLEN and MIL-LER, Circuit Judges.

PER CURIAM.

In a petition to review a decision of the Tax Court approving the respondent's de-termination of a deficiency in petitioner's tax return for 1941, resulting from the dis-allowance of a deduction taken by the tax-payer based upon worthlessness of se-curities becoming recognizable within the tax year, and

The Tax Court having decided that the petitioner had failed to sustain his burden of proving that the respondent's de-termination that the worthlessness of the securities had been established by identi-fiable events in previous years was errone-ous, and

It also appearing that there was sub-stantial evidence in support of the Tax Court's finding,

It is our conclusion that such findings are conclusive upon us under the rule of controlling decisions, including Dobson v. Comm'r., 320 U.S. 489, 64 S.Ct. 239, 88 L. Ed. 248; that contrary findings are not when there is evidence contra, compelled by the fact that there was a speculative market in such securities at merely nomi-nal value during the tax and preceding years, Brown v. Comm'r., 6 Cir., 94 F.2d 101; Gowen v. Comm'r., 6 Cir., 65 F.2d 923; Jeffery v. Comm'r., 6 Cir., 62 F.2d 661, and that a decision as to worthlessness of prop-erty involved a question of fact rather than one of law, Brown v. Comm'r, supra.

Wherefore, The decision of the Tax Court is affirmed.